JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HEALEY,<br><br>        Plaintiff,<br><br>    v.<br><br>BLUE CROSS OF CALIFORNIA,<br><br>        Defendant. | Case No.: 14-cv-3692 PA (CWx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. 14-cv-3692 PA (CWx) is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: December 12, 2014   BY: _____

                                    Honorable Percy Anderson
                                    United States District Court Judge